**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

VITTORIO CICCARELLI, e*t al.*,    )
                                  )
    Plaintiffs,              )
v.                                )    Case No.: 1:25-cv-01532-CNS-KAS
                                  )
UPPER PINE RIVER FIRE PROTECTION  )
DISTRICT, *et al.*,               )
                                  )
    Defendants.              )
                                  )

## UNOPPOSED MOTION TO ATTEND CONFERENCE REMOTELY

Plaintiffs, Vittorio Ciccarelli and Jeremy Kelly, by and through their undersigned counsel, respectfully submits this unopposed motion to attend the informal conference with the Court scheduled for August 13, 2026 remotely.  In support of this motion, and as good cause shown, Plaintiffs state as follows:

1.    On June 18, 2026, Defendants, Upper Pine River Fire Protection District and Bruce Evans, gave notice pursuant to the Court's standing order regarding motions filed under Federal Rule of Civil Procedure 56 that Defendants intend to file a motion for summary judgment in this matter.

2.    On June 22, 2026, the Court sent an email to counsel for the parties requesting their availability on three proposed dates for an in-person conference with the Court to address Defendants' intent to file a motion for summary judgment.  On June 24, 2026, counsel for the parties informed the Court that they can be available for a conference on August 13, 2026.  In doing so, Plaintiffs' counsel also requested that the conference be held remotely rather than in person given prior scheduling and travel issues.

3.      On June 24, 2026, the Court entered an order setting the conference for August 13, 2026 at 10:00 AM to be held in person.  The Court's chambers also suggested that Plaintiffs file a motion with the Court regarding the request to participate remotely.

4.      Consistent with that direction, Plaintiffs now respectfully move this Court to conduct the August 13, 2026 informal conference telephonically or by remote videoconference.

5.      Plaintiffs' counsel is scheduled for a jury trial with the U.S. District Court for the Western District of Louisiana starting on August 17, 2026.  Plaintiffs' counsel also intends to travel to Shreveport, LA during the week of August 10, 2026 in order to prepare for the trial.

6.      In person attendance at the August 13, 2026 informal conference on Defendants' intent to file a motion for summary judgment in this matter would therefore require the undersigned to travel from Washington, D.C. or Shreveport, LA to Denver, CO in order to attend.  Plaintiffs' counsel submits that doing so would likely disrupt trial preparations, in addition to requiring Plaintiffs to incur expenses related to the travel necessary to attend the conference.

7.      Furthermore, should the Court deny this request, Plaintiffs' counsel may be required to request to reschedule the August 13, 2026 conference so as not to conflict with trial preparations, thereby disrupting this Court's calendar.

8.      Consequently, Plaintiff's respectfully request that the Court conduct its August 13, 2026 conference on Defendants' prospective motion for summary judgment remotely via telephone or videoconference.

9.      Counsel for Plaintiffs conferred with Defendants' counsel about this request on June 24, 2026 pursuant to Local Rule 7.1(a).  Defendants do not oppose the request.

6.      A proposed order is filed with this motion in accordance with Local Rule 7.1(g).

Respectfully Submitted,


_____/s/ Matthew D. Watts_____

Matthew D. Watts
Mooney, Green, Saindon, Murphy & Welch, P.C.
1620 Eye Street NW, Suite 700
Washington, DC 20006
(202) 783-0010
mwatts@mooneygreen.com

*Counsel for Plaintiffs*


Dated: June 29, 2026

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of June, 2026, a true and correct copy of the foregoing Unopposed Request to Attend Conference Remotely was filed electronically and served via the Court's CM/ECF system on all registered individuals.

/s/ Matthew D. Watts
Matthew D. Watts

Dated: June 29, 2026