**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF COLORADO**

VITTORIO CICCARELLI, e*t al.*,                    )
                                                                        )
      Plaintiffs,                                        )
v.                                                                       )        Case No.: 1:25-cv-01532-CNS-KAS
                                                                        )
UPPER PINE RIVER FIRE PROTECTION       )
DISTRICT, *et al.*,                                        )
                                                                        )
      Defendants.                                      )
_____)

**<u>PROPOSED ORDER</u>**

Upon consideration of the unopposed motion filed by Plaintiffs, Vittorio Ciccarelli and

Jeremy Kelly, to attend the August 13, 2026 informal conference on Defendants' intent to file a

motion for summary judgment in this matter telephonically or by remote video conference, as well

as any responses or replies thereto, the motion is hereby **GRANTED**.  A separate Order with

instructions to participate in the conference will follow.


      **ORDERED**, on this _____ day of _____, 2026.


                                          _____

                                          **JUDGE**